UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2943 CAS (PJWx) | Date | November 5, 2008 |
|---|---|---|---|
| Title | *Joaquin Valencia-Mejia v. United States of America et al* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 15, 2008, the Court GRANTED defendant United States of America's Motion to Dismiss Case with leave to amend filed August 4, 2008. To date, no amended complaint has been filed.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **December 5, 2008** why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) Plaintiff's filing of a First Amended Complaint

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | KPA |